UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUANN PADRON,

    Plaintiff,

v.                                                    Case No: 8:24-cv-2144-JLB-TGW

SCHNEIDER ENTERPRISE
RESOURCES, LLC,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court upon the Joint Motion to Stay Pending Arbitration (Doc. 24). The parties seek to stay these proceedings pending the individual arbitration of the claims asserted by Plaintiff Luann Padron against Defendant Schneider Enterprise Resources, LLC. Further, the parties agree that the mandatory individual arbitration provision in the Terms of Service agreement is valid, enforceable, and binding on them. Therefore, the parties contend that this action should be stayed pending the completion of arbitration. Having considered the motion and being fully advised on the premises, the Court **GRANTS in part** the Joint Motion to Stay Pending Arbitration to the extent that they request the case be stayed pending arbitration. To the extent the parties seek an order submitting claims to binding non-judicial arbitration, they are advised to request such through a separate motion filed on the docket supported by adequate briefing.

Accordingly, it is hereby **ORDERED**:

1.      The Joint Motion to Stay Pending Arbitration (Doc. 24) is **GRANTED**

**in part**.

2. This case is **STAYED** pending the individual arbitration of Padron's claims against Schneider Enterprise Resources, LLC.

3. The parties are **DIRECTED** to file a joint status report informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either such event.

4. The Clerk of the Court is **DIRECTED** to **STAY** this matter, place a **STAY FLAG** on this case, and administratively close the file until further order of the Court.

**DONE AND ORDERED** in Tampa, Florida on October 6, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE